UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILMINGTON PLANTATION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-1218 |
| | ) | Judge Sharp |
| FIDELITY NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket No. 28) is ACCEPTED and APPROVED;

(2) Plaintiff Wilmington Plantation, Inc.'s Objections (Docket No. 30) to the Report and Recommendation are OVERRULED;

(3) Defendant "Fidelity National Title Insurance Company's Motion for Judgment on the Pleadings to Dismiss Claim for Relief for Alleged Violation of T.C.A. § 56-7-105" (Docket No. 11) is GRANTED;

(4) "Plaintiff's Motion for Leave to Amend Complaint" (Docket No. 24) is DENIED; and

(5) Plaintiff's claim that Defendant acted in bad faith in violation of Tenn. Code Ann. § 56-7-105 is DISMISSED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE