UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| WILMINGTON PLANTATION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:10 C 01218 |
| | ) | Judge Marvin E. Aspen |
| FIDELITY NATIONAL TITLE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 23, 2013, the parties filed their Stipulation as to Diversity Jurisdiction. As set forth in the Stipulation, and based on recent limited discovery conducted pursuant to the Sixth Circuit's remand order, the parties have concluded that they do not have diverse citizenship. We thus lack jurisdiction and hereby dismiss this case. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated:   Chicago, Illinois
         October 25, 2013